| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Scott Edward Kestner** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–0186** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Misti Dawn Kestner** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–6410** <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Texas** | | |
| Case number:  **20–41435–elm7** | | |

## Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Scott Edward Kestner                           Misti Dawn Kestner

8/12/20                                        **By the court:**  <u>Edward L. Morris</u>
                                                             United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                United States Bankruptcy Court
                                 Northern District of Texas

In re:                                                                    Case No. 20-41435-elm
Scott Edward Kestner                                                      Chapter 7
Misti Dawn Kestner
       Debtors                          CERTIFICATE OF NOTICE
District/off: 0539-4           User: admin                 Page 1 of 2                   Date Rcvd: Aug 13, 2020
                               Form ID: 318                Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
db/jdb         +Scott Edward Kestner,    Misti Dawn Kestner,   446 Mesa Ridge,   Decatur, TX 76234-5298
18952762       #+Alltran Financial,    PO Box 610,   Sauk Rapids, MN 56379-0610
18952766       +Big Ds Buildings,    3962 S. US Hwy 287,   Decatur, TX 76234-5074
18952767       +Bridgeport Equipment Services,    PO Box 1418,   Bridgeport, TX 76426-1418
18952769        Caterpillar Financial,    PO Box 6403,   Sioux Falls, SD 57117-6403
18952774       +County Court At Law No. 2 Wise County,    1007 13th St No. 109,   Bridgeport, TX 76426-3173
18952775       +Dedicated Commercial Recovery Inc,    1970 Oakcrest Ave.,   Ste. 217,
                 Saint Paul, MN 55113-2624
18952782       +First State Bank of Chico,    201 S Weatherford St,   Chico, TX 76431-2439
18952784       +GC Services Limited Partnership,    PO Box 865,   Houston, TX 77001-0865
18952789        Millennium Collections Corporation,    P.O. Box 6899,   Vero Beach, FL 32961-6899
18952790       +Nationwide Credit, Inc.,    P.O. Box 15130,   Wilmington, DE 19850-5130
18952791       +Ocwen Loan Servicing, LLC,    1661 Worthington Road, Ste. 100,   West Palm Beach, FL 33409-6493
18952795        PHH Mortgage Co,    3000 Leadenhall Rd,   Mount Laurel, NJ 08054
18952796       +Quality Carriers,    700 Minton Road,   Fort Worth, TX 76179-5603
18952797       +Quality Distribution Inc.,    1208 East Kennedy Blvd,   Suite 132,   Tampa, FL 33602-3506
18952798       #+Rausch Strum,    8691 W Sahara Ave Ste 210,   Las Vegas, NV 89117-4811
18952799       +Richard E Clark,    3030 S. Gessner Suite 200,   Houston, TX 77063-3733
18952806       +The DeGrasse Law Firm,    1800 Bering Dr.,   Suite 1000,   Houston, TX 77057-3169
18952808       +USDOE-GLELSI,    Attn: Bankruptcy,   Po Box 7860,   Madison, WI 53707-7860
18952809       +Wise County Tax Assessor,    404 W. Walnut,   Decatur, TX 76234-1372

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QMDGARNER.COM Aug 14 2020 04:43:00      Marilyn Garner,   Law Offices of Marilyn D. Garner,
                 2001 E. Lamar Blvd., Suite 200,   Arlington, TX 76006-7347
cr             +EDI: RMSC.COM Aug 14 2020 04:43:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
18952764        EDI: AMEREXPR.COM Aug 14 2020 04:43:00      American Express,   P.O. Box 0001,
                 Los Angeles, CA 90096-8000
18952763       +EDI: BECKLEE.COM Aug 14 2020 04:43:00      American Express,   Attn: General Bankruptcy Dept.,
                 16 General Warren Blvd.,   Malvern, PA 19355-1245
18952765       +EDI: AMEREXPR.COM Aug 14 2020 04:43:00      Amex,   Correspondence-Bankruptcy,   Po Box 981540,
                 El Paso, TX 79998-1540
18952768       +EDI: CAPITALONE.COM Aug 14 2020 04:43:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
18952771       +EDI: CITICORP.COM Aug 14 2020 04:43:00      Citibank,   Attn: Recovery-Centralized Bankruptcy,
                 Po Box 790034,   St Louis, MO 63179-0034
18952772        EDI: CITICORP.COM Aug 14 2020 04:43:00      Citibank,   Centralized Correspondence,
                 P.O. Box 6077,   Sioux Falls, SD 57117-6077
18952773       +EDI: WFNNB.COM Aug 14 2020 04:43:00      Comenity Bank - Bealls,   Attn: Bankruptcy,
                 Po Box 182125,   Columbus, OH 43218-2125
18952776        E-mail/PDF: DellBKNotifications@resurgent.com Aug 14 2020 01:33:50
                 Dell Financial Services LLC,   Attn: President-CEO,   Po Box 81577,   Austin, TX 78708
18952777        EDI: DISCOVER.COM Aug 14 2020 04:43:00      Discover Financial,   Attn: Bankruptcy Department,
                 Po Box 15316,   Wilmington, DE 19850
18952778        E-mail/Text: merchantsupportmanager@expansioncapitalgroup.com Aug 14 2020 01:26:54
                 Expansion Capital,   5020 S. Broadband Ln Suite 100,   Sioux Falls, SD 57108
18952780       +EDI: AMINFOFP.COM Aug 14 2020 04:43:00      First PREMIER Bank,   Attn: Bankruptcy,
                 Po Box 5524,   Sioux Falls, SD 57117-5524
18952779        EDI: AMINFOFP.COM Aug 14 2020 04:43:00      First Premier Bank,   P.O. Box 5529,
                 Sioux Falls, SD 57117-5529
18952781       +EDI: FSAE.COM Aug 14 2020 04:43:00      First Source Advantage,   205 Bryant Woods South,
                 Buffalo, NY 14228-3609
18952783       +EDI: FSAE.COM Aug 14 2020 04:43:00      Firstsource Advantage, LLC,   205 Bryant Woods South,
                 Buffalo, NY 14228-3609
18952786       +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 14 2020 01:29:04      Harley Davidson Financial,
                 Po Box 22048,   Carson City, NV 89721-2048
18952787        EDI: HY11.COM Aug 14 2020 04:43:00      Hyundai Motor Finance,   P.O. Box 7160,
                 Pasadena, CA 91109-7160
18952788        EDI: IRS.COM Aug 14 2020 04:43:00      Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
18952770        EDI: JPMORGANCHASE Aug 14 2020 04:43:00      Chase Card Services,   Attn: Bankruptcy,
                 Po Box 15298,   Wilmington, DE 19850
18952792        E-mail/Text: patricia_lewis@ooida.com Aug 14 2020 01:28:02      Owner-Operator Services, Inc.,
                 P.O.Box 1000,   Grain Valley, MO 64029-1000
18952785        E-mail/Text: goalrealignment@payoff.zendesk.com Aug 14 2020 01:26:47      Happy Money,
                 3200 Park Center Drive, 8th Floor,   Costa Mesa, CA 92626
18952960       +EDI: PRA.COM Aug 14 2020 04:43:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
18952793       +E-mail/Text: goalrealignment@payoff.zendesk.com Aug 14 2020 01:26:47      Payoff,inc.,
                 3200 Park Center Dr Ste,   Costa Mesa, CA 92626-7163
18952794       +EDI: RMSC.COM Aug 14 2020 04:43:00      Paypal Credit,   P.O. Box 105658,
                 Atlanta, GA 30348-5658
```

```
District/off: 0539-4          User: admin              Page 2 of 2              Date Rcvd: Aug 13, 2020
                              Form ID: 318             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
18952800         E-mail/Text: Bankruptcy@stearnsbank.com Aug 14 2020 01:27:00      Stearns Bank,
                 9225 E Shea Blvd,   Scottsdale, AZ 85260
18952801        +EDI: RMSC.COM Aug 14 2020 04:43:00      Syncb-Nautilus,   Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
18952802        +EDI: RMSC.COM Aug 14 2020 04:43:00      Syncb-NewEgg,   Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
18952803        +EDI: RMSC.COM Aug 14 2020 04:43:00      Synchrony Bank-Amazon,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
18952804        +EDI: RMSC.COM Aug 14 2020 04:43:00      Synchrony Bank-Gap,   Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
18952805        +EDI: RMSC.COM Aug 14 2020 04:43:00      Synchrony Bank-Lowes,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
18952807         EDI: USBANKARS.COM Aug 14 2020 04:43:00      US Bank-RMS CC,   Attn: Bankruptcy,   Po Box 5229,
                 Cincinnati, OH 45201
                                                                                                TOTAL: 32

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2020 at the address(es) listed below:

```
              Marilyn Garner    mgarner@ecf.axosfs.com;kkelly@marilyndgarner.net;courtdoc@marilyndgarner.net
              Nicholas M Wajda    on behalf of Debtor Scott Edward Kestner nick@recoverylawgroup.com,
               3606@notices.nextchapterbk.com;r47098@notify.bestcase.com
              Nicholas M Wajda    on behalf of Joint Debtor Misti Dawn Kestner nick@recoverylawgroup.com,
               3606@notices.nextchapterbk.com;r47098@notify.bestcase.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov
                                                                                                TOTAL: 4
```